## Carter et al., Appellants, *v*. Gordon.

Argued April 15, 1969. *Sidney R. Finkel*, for appellant; *Allen S. Gordon*, for appellees.

Judgment affirmed.

MONTGOMERY, J., would reverse and grant a new trial.

## Commonwealth ex rel. Goins, Appellant, *v*. Maroney.

Submitted April 14, 1969. *Fred E. Baxter, Jr.*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Charles B. Watkins*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.